# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

ROBERT DESHIELDS,

        Petitioner

        v.

GLOBAL TEL*LINK INC.,
PENNSYLVANIA DEPARTMENT OF
CORRECTIONS, "THIRD PERSON
PROVIDER",

        Respondents

: No. 44 EM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of July, 2018, the Petition for Review is DENIED.